UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Krystal Archie, et al.
                               Plaintiff,

v.                                                     Case No.: 1:19−cv−04838
                                                       Honorable Robert W. Gettleman

City Of Chicago, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 11/19/2019. For the reasons stated on the record, Defendant Officers' motion to dismiss plaintiffs' amended complaint [61] and Defendant City's partial motion to dismiss plaintiffs' amended complaint and for stay [63] are entered and continued to 1/8/2020 at 9:10 a.m. Discovery at this time is limited to identifying relevant parties. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.