UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Krystal Archie, et al.
                  Plaintiff,

v.                                    Case No.: 1:19–cv–04838
                                         Honorable Robert W. Gettleman

City Of Chicago, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2020:

       MINUTE entry before the Honorable Robert W. Gettleman: Defendant City of Chicago's unopposed motion for entry of confidentiality order [71] is granted. Enter Order. Motion presentment hearing set for 1/16/2020 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.