

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Lawrence S. Kowalczyk

Firm   Querrey & Harrow, Ltd.

Street Address   120 N. LaSalle Street, Suite 2600

City/State/Zip Code   Chicago, IL   60602

Phone Number   (312) 540-7000

Email address   lkowalczyk@querrey.com

ARDC (Illinois State Bar members, only)   6225367

If you have previously filed an appearance with this court using a different name, enter that name.
Larry S. Kowalczyk

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19 CV 04838 | Archie v City of Chicago et al | Judge Robert W. Gettleman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Larry S. Kowalczyk                            06/29/2020

Signature of Attorney                              Date

Rev. 01272016