# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, for reasons of judicial efficiency, coordinated pretrial proceedings in the cases listed below should be presided over by a single district judge as provided for by IOP13(e) and that a single magistrate judge should be designated for these cases; and

It further appearing that the Hon. Robert W. Gettleman, has agreed to preside over these proceedings; and

It further appearing that Magistrate Judge Jeffrey I. Cummings has agreed to be the designated magistrate judge in these proceedings; therefore

It is hereby ordered that Judge Gettleman shall preside over pretrial proceedings, including case management and discovery supervision, in the cases listed below; and

It is further ordered that Magistrate Judge Cummings shall be the designated magistrate judge; and

It is further ordered that these cases shall remain pending on the calendars of the judges to whom they are currently assigned, and that an order be entered in each case by Judge Gettleman at such time as coordinated pretrial proceedings have concluded.

| Case | Case Title | Judge |
|---|---|---|
| 19 CV 4838 | *Archie et al v. City of Chicago et al* | Gettleman |
| 20 CV 7222 | *Johnson v. City of Chicago et al* | Ellis |
| 21 CV 704 | *Turner v. City of Chicago et al* | Durkin |

ENTER:

FOR THE EXECUTIVE COMMITTEE:

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 30th day of July, 2021